# EXHIBIT "E"- Carfax Report

 **Vehicle History Report™**

**2019 KIA STINGER GT2**
VIN: KNAE55LCXK6049097
HATCHBACK 4 DR
3.3L V6 F DOHC 24V
GASOLINE
Original Window Sticker

 Branded Title: Not Actual Mileage

 No accidents or damage reported to CARFAX

 23  Service history records

 4  Previous owners

 Types of owners: Commercial, Personal

 Last owned in Florida

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 9/6/23 at 5:16:31 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

| **Ownership History** The number of owners is estimated | **Owners 1-2** | **Owner 3** | **Owner 4** |
| --- | --- | --- | --- |
| Year purchased | 2019 | 2022 | 2022 |
| Type of owner | See Details | Personal | Personal |
| Estimated length of ownership | 2 yrs. 10 mo. | 20 days | 9 months |
| Owned in the following states/provinces | Utah, Utah | Utah | Florida |
| Estimated miles driven per year | See Details | --- | --- |
| Last reported odometer reading | 44,560 | 49,302 | 51,704 |

| **Title History** CARFAX guarantees the information in this section | **Owners 1-2** | **Owner 3** | **Owner 4** |
| --- | --- | --- | --- |
| **Damage Brands** Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | No Problem | No Problem | No Problem |
| **Odometer Brands** Not Actual Mileage \| Exceeds Mechanical Limits | No Problem | No Problem | **Alert! Problem Found** |

⚠ **ALERT!** - Severe problems were reported by a state Department of Motor Vehicles (DMV). This vehicle does not qualify for the CARFAX Buyback Guarantee.

### CARFAX Additional History
Not all accidents / issues are reported to CARFAX

| | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Odometer Check**<br>DMV title problems reported. | ✓ No Issues Indicated | ✓ No Issues Indicated | Odometer Problem |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. | ✓ No Recalls Reported | ✓ No Recalls Reported | ✓ No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have 10 months remaining. Confirm with dealer or vehicle manufacturer. | ✓ Warranty Active | ✓ Warranty Active | ✓ Warranty Active |

### CARFAX Detailed History

**Owner 1**
Purchased: 2019

Commercial Vehicle
17,464 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| Not Reported | | Kia Motors America, Inc. | **Vehicle manufactured and shipped to original dealer**<br><br>Original Window Sticker |
| 10/31/2018 | 3 | Wasatch Front Isuzu Kia<br>Ogden, UT<br>801-627-1300 |  **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- VIN glass etching vin etched |

| | | | | |
|---|---|---|---|---|
| | | | 4.6 / 5.0 | |
| | | | 43 Verified Reviews | |
| | | | 55 Customer Favorites | |
| 01/28/2019 | 15 | Wasatch Front Isuzu Kia<br>Ogden, UT<br>801-627-1300<br>4.6 / 5.0<br>43 Verified Reviews<br>55 Customer Favorites | | **Vehicle sold** |
| 02/28/2019 | | Dealer Inventory | | **Vehicle offered for sale** |
| 06/07/2019 | 404 | Utah<br>Motor Vehicle Dept. | | **Vehicle purchase reported**<br>- Titled or registered as commercial vehicle |
| 07/17/2019 | | Utah<br>Motor Vehicle Dept.<br>Salt Lake City, UT<br>Title #UT005384557 | | **Title issued or updated**<br>- Registration issued or renewed<br>- First owner reported<br>- Loan or lien reported<br>- Passed safety inspection<br>- Vehicle color noted as Black |
| 09/30/2019 | 3,566 | Tim Dahle Nissan Bountiful<br>North Salt Lake, UT<br>385-489-0403<br>4.3 / 5.0<br>339 Verified Reviews<br>4,890 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Tire condition and pressure checked |
| 09/30/2019 | | Jerry Seiner Kia South Jordan<br>South Jordan, UT<br>801-506-6283<br>4.8 / 5.0<br>79 Verified Reviews<br>2,301 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Tire condition and pressure checked |
| 11/13/2019 | 8,183 | Tim Dahle Nissan Bountiful<br>North Salt Lake, UT<br>385-489-0403<br>4.3 / 5.0<br>339 Verified Reviews<br>4,890 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Tires rotated<br>- Oil and filter changed<br>- Tire condition and pressure checked |
| 11/13/2019 | | Jerry Seiner Kia South Jordan<br>South Jordan, UT | 🔧 | **Vehicle serviced**<br>- Tires rotated<br>- Oil and filter changed |

| Date | Mileage | Source | Details |
|---|---|---|---|
| | | 801-506-6283<br>★ 4.8 / 5.0<br>79 Verified Reviews<br>♥ 2,301 Customer Favorites | - Tire condition and pressure checked |
| 01/13/2020 | 11,990 | Tim Dahle Nissan Bountiful<br>North Salt Lake, UT<br>385-489-0403<br>★ 4.3 / 5.0<br>339 Verified Reviews<br>♥ 4,890 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Tires rotated<br>- Tire pressure monitoring system reset |
| 01/13/2020 | | Jerry Seiner Kia South Jordan<br>South Jordan, UT<br>801-506-6283<br>★ 4.8 / 5.0<br>79 Verified Reviews<br>♥ 2,301 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Tires rotated<br>- Tire pressure monitoring system reset |
| 05/02/2020 | 18,019 | Tim Dahle Nissan Bountiful<br>North Salt Lake, UT<br>385-489-0403<br>★ 4.3 / 5.0<br>339 Verified Reviews<br>♥ 4,890 Customer Favorites | **Vehicle serviced**<br>- Two tires mounted<br>- Two tires balanced<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Tire(s) replaced |
| 05/02/2020 | | Jerry Seiner Kia South Jordan<br>South Jordan, UT<br>801-506-6283<br>★ 4.8 / 5.0<br>79 Verified Reviews<br>♥ 2,301 Customer Favorites | **Vehicle serviced**<br>- Two tires mounted<br>- Two tires balanced<br>- Oil and filter changed<br>- Tire condition and pressure checked<br>- Tire(s) replaced |
| 06/29/2020 | | Utah<br>Motor Vehicle Dept.<br>Salt Lake City, UT<br>Title #UT005384557 | **Registration issued or renewed**<br>- Loan or lien reported<br>- Passed safety inspection<br>- Vehicle color noted as Black |
| 10/29/2020 | 28,944 | Jerry Seiner Kia South Jordan<br>South Jordan, UT<br>801-506-6283<br>★ 4.8 / 5.0<br>79 Verified Reviews | **Vehicle serviced**<br>- Oil and filter changed<br>- Tire condition and pressure checked |

| Date | Mileage | Source | Details |
|---|---|---|---|
| | | | ♥ 2,301 Customer Favorites |
| 12/22/2020 | 31,874 | Jerry Seiner Kia South Jordan<br>South Jordan, UT<br>801-506-6283<br>★ 4.8 / 5.0<br>79 Verified Reviews<br>♥ 2,301 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed |
| 05/25/2021 | 38,142 | Jerry Seiner Kia South Jordan<br>South Jordan, UT<br>801-506-6283<br>★ 4.8 / 5.0<br>79 Verified Reviews<br>♥ 2,301 Customer Favorites | **Vehicle serviced**<br>- Fluids checked |
| 06/29/2021 | 40,189 | Jerry Seiner Kia South Jordan<br>South Jordan, UT<br>801-506-6283<br>★ 4.8 / 5.0<br>79 Verified Reviews<br>♥ 2,301 Customer Favorites | **Vehicle serviced**<br>- Oil and filter changed<br>- Tires rotated |
| 07/10/2021 | | Valvoline Instant Oil Change<br>South Jordan, UT<br>385-386-4796<br>★ 4.6 / 5.0<br>35 Verified Reviews | **Vehicle serviced**<br>- Fluids checked |
| 07/10/2021 | | Big O Tires<br>West Jordan, UT<br>801-565-0031<br>★ 4.7 / 5.0<br>186 Verified Reviews<br>♥ 151 Customer Favorites | **Vehicle serviced**<br>- Brakes checked<br>- Emissions inspection performed |
| 07/15/2021 | | Utah<br>Inspection Station | **Passed emissions inspection** |
| 07/15/2021 | | Utah<br>Motor Vehicle Dept.<br>Salt Lake City, UT<br>Title #UT005384557 | **Registration issued or renewed**<br>- Loan or lien reported<br>- Passed safety inspection<br>- Vehicle color noted as Black |
| 11/15/2021 | 43,085 | Valvoline Instant Oil Change | **Vehicle serviced**<br>- Oil and filter changed |

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| | | South Jordan, UT<br>385-386-4796<br>⭐ 4.6 / 5.0<br>35 Verified Reviews | | |
| 12/01/2021 | | Utah<br>Motor Vehicle Dept. | | **Vehicle purchase reported** |
| 12/23/2021 | 44,560 | Jerry Seiner Kia South Jordan<br>South Jordan, UT<br>801-506-6283<br>⭐ 4.8 / 5.0<br>79 Verified Reviews<br>❤ 2,301 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Emission system checked<br>- Tire condition and pressure checked |
| 12/27/2021 | | Utah<br>Inspection Station | | **Passed emissions inspection** |

### 👤 Owner 2 — Purchased: 2021                                     Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 12/27/2021 | | Utah<br>Motor Vehicle Dept.<br>South Jordan, UT<br>Title #UT007971914 | **Title or registration issued**<br>- New owner reported<br>- Vehicle color noted as Black |
| 01/06/2022 | | Utah<br>Inspection Station | **Passed emissions inspection** |
| 01/06/2022 | | Utah<br>Motor Vehicle Dept.<br>South Jordan, UT<br>Title #UT008000307 | **Title issued or updated**<br>- Duplicate title issued<br>- Vehicle color noted as Black |

### 👤 Owner 3 — Purchased: 2022                                     Personal Vehicle

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| 04/26/2022 | | Utah<br>Motor Vehicle Dept.<br>Farmington, UT<br>Title #UT008318020 | | **Vehicle purchase reported**<br>- Title or registration issued<br>- New owner reported<br>- Vehicle color noted as Black |
| 05/10/2022 | 47,886 | C&S American Car Care Center<br>South Jordan, UT<br>801-254-0440<br>⭐ 4.7 / 5.0 | 🔧 | **Vehicle serviced**<br>- Alignment performed |

| | | | | |
|---|---|---|---|---|
| | | | 13 Verified Reviews<br>♥ 8 Customer Favorites | |
| 05/16/2022 | 47,988 | Auto Auction | | **Listed as a dealer vehicle**<br>- Vehicle sold |
| 05/24/2022 | | Carriage Traders<br>South Glens Falls, NY<br>518-793-8589<br>★ 4.5 / 5.0<br>39 Verified Reviews<br>♥ 1,517 Customer Favorites | | **Vehicle offered for sale** |
| 06/20/2022 | 47,993 | Auto Auction | | **Listed as a dealer vehicle**<br>- Vehicle sold |
| 06/21/2022 | | Carriage Traders<br>South Glens Falls, NY<br>518-793-8589<br>★ 4.5 / 5.0<br>39 Verified Reviews<br>♥ 1,517 Customer Favorites | | **Vehicle sold** |
| 07/04/2022 | | Auto Auction | | **Listed as a dealer vehicle**<br>- Vehicle sold |
| 07/07/2022 | | Carriage Traders<br>South Glens Falls, NY<br>518-793-8589<br>★ 4.5 / 5.0<br>39 Verified Reviews<br>♥ 1,517 Customer Favorites | | **Vehicle sold** |
| 07/14/2022 | | HGreg.com Doral<br>Doral, FL<br>305-909-7859<br>★ 3.0 / 5.0<br>79 Verified Reviews<br>♥ 76 Customer Favorites | 🔧 | **Vehicle serviced** |
| 07/26/2022 | | HGreg.com Doral<br>Doral, FL<br>★ 3.0 / 5.0<br>79 Verified Reviews<br>♥ 76 Customer Favorites | | **Vehicle offered for sale** |
| 09/28/2022 | | Florida<br>Motor Vehicle Dept. | | **Vehicle purchase reported**<br>- Registration issued or renewed<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| 10/14/2022 | 48,554 | Coral Springs Kia<br>Coral Springs, FL<br>954-755-7400<br>⭐ 4.5 / 5.0<br>328 Verified Reviews<br>❤️ 1,643 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Maintenance inspection completed<br>- 5,000 mile service performed<br>- Oil and filter changed |
| 10/19/2022 | 48,653 | HGreg.com Doral<br>Doral, FL<br>305-909-7859<br>⭐ 3.0 / 5.0<br>79 Verified Reviews<br>❤️ 76 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Drivability/performance checked |



> Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing!

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| 11/10/2022 | 49,302 | HGreg.com Doral<br>Doral, FL<br>305-909-7859<br>⭐ 3.0 / 5.0<br>79 Verified Reviews<br>❤️ 76 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Steering/suspension checked<br>- Exterior trim checked |

### 👤 Owner 4
Purchased: 2022                                                    Personal Vehicle

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| 11/11/2022 | | Florida<br>Motor Vehicle Dept.<br>Fort Lauderdale, FL<br>Title #0148644665 | ❗ | **New owner reported**<br>- **NOT ACTUAL MILEAGE TITLE ISSUED**<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |



> A NAM title is issued when the owner discloses to a DMV mileage fraud, a broken odometer or that the actual mileage of this vehicle is unknown. Mileage reported after this reading is potentially unreliable.

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| 01/30/2023 | 51,704 | Coral Springs Kia<br>Coral Springs, FL<br>954-755-7400<br>⭐ 4.5 / 5.0<br>328 Verified Reviews<br>❤️ 1,643 Customer Favorites | 🔧 | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Maintenance inspection completed<br>- Brakes checked |

| | | |
|---|---|---|
| 03/09/2023 | Florida<br>Motor Vehicle Dept.<br>Fort Lauderdale, FL<br>Title #0148644665 |  **NOT ACTUAL MILEAGE TITLE ISSUED**<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |



Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller. Learn More

Have Questions? Please visit our Help Center at www.carfax.com.

 **Glossary**

**Commercial**
Vehicle was registered for business purposes.

**Federal Odometer Act**
The Federal Odometer Act requires a seller to disclose the vehicle's mileage on the title when ownership is transferred. Congress enacted this Act to prohibit odometer tampering and to protect consumers from mileage fraud. Under this act, sellers must disclose any issues with the vehicle's odometer. These disclosures translate into the Exceed Mechanical Limits and Not Actual Mileage titles.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Not Actual Mileage Title**
When the seller certifies, under the Federal Odometer Act, that the odometer reading does not reflect the vehicle's actual mileage. This may occur because the odometer was tampered with, broken, or replaced.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:   facebook.com/CARFAX     @CARFAXinc     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2023 CARFAX, Inc., part of S&P Global. All rights reserved.
9/6/23 5:16:31 PM (CDT)