# EXHIBIT "F"- Title History



# UTAH CERTIFICATE OF TITLE

## New Title

**Title Number:** UT008318020

| | | | |
|---|---|---|---|
| **Vehicle Type:** Passenger Vehicle | **Year:** 2019 | **Make:** KIA | **Model:** STINGER | **Body Style:** Hatchback |

**VIN/HIN:** KNAE55LCXK6049097

**Cylinders:** 6 **Fuel:** Gasoline **Odometer:** 50000 **Date Issued:** 04/26/2022

### Owner Information:

### Lienholder Information:

ODOMETER READING REFLECTS THE ACTUAL MILEAGE

**Request For Lien Change**

Complete this section. Send the title and required fee to the Division of Motor Vehicles. Please check one box.

☐ Issue a title free of liens ☐ Issue a title showing the following as the NEW LIEN HOLDER

LIEN RELEASE - Signature of lien holder (releasing interest) | Vehicle owner's signature requesting lien change

X

Title of signer | New lien holder's name

Date | Address

| City | State | ZIP Code

**Division of Motor Vehicles**
**UTAH STATE TAX COMMISSION**
210 North 1950 West
Salt Lake City, Utah 84134

TC-127 Rev. 03/19 CDR

C 5594104

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

**INSTRUCTIONS TO SELLER:**
Type or print the information.
NOTARY PUBLIC IS NO LONGER NEEDED. KEEP A COPY.

**INSTRUCTIONS TO BUYER:**
Type or print the information. Warning: DO NOT SIGN IF ODOMETER
DISCLOSURE IS NOT COMPLETE.

## A   Assignment Of Title By Registered Owner

**Odometer Disclosure - Required**

4 7 9 8 5

Enter odometer miles (no tenths)

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☒ Is not the actual mileage for this vehicle
   WARNING - ODOMETER DISCREPANCY

**Sales/Purchase Price - Required**

Date of Sale   5 / 12 / 2022

Sale Price $

Print name of authorized agent selling vehicle (if different from seller name)

**SELLER**

[redacted]

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct. Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment.   **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.**

Signature of seller (and joint seller)

X _Ruth H Piert_   Date of Sale   5/12/2022

**BUYER**

Print name of new owner

Street Address   CarMax
11213 S Jordan Gateway
City   South Jordan, UT 84095   ZIP code

Print name of new lien holder

Street Address

City   State   ZIP code

Signature of buyer (new owner)

X _Ginuin Gunter_

Signature of lien holder (releasing interest)

X

## B   Reassignment Of Title

**Odometer Disclosure - Required**

4 7 9 8 5

Enter odometer miles (no tenths)

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☒ Is not the actual mileage for this vehicle
   WARNING - ODOMETER DISCREPANCY

**Sales/Purchase Price - Required**

Date of Sale   5-16-22

Sale Price $

**SELLER**

Print name of seller   Carmax

Current address of seller (street, city, state and ZIP code)
11213 S Jordan Gtwy S Jordan, UT 84095

Print name of authorized agent selling vehicle (if different from seller name)
Hailey Gonzalez

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct. Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment.   **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.**

Signature of seller (and joint seller)

X _Hailey Gonzalez sfs_   Date of Sale   5-16-22

**BUYER**

Print name of new owner   _Premier_ Nevada Credit

Street Address   4035 Speedway Blvd #I-101, LAS VEGAS, NV 89115

City   State   ZIP code

Signature of buyer (new owner)

X

Print name of new lien holder

Street Address

City   State   ZIP code

Signature of lien holder (releasing interest)

X

**Utah Code 41-1a-701 requires the owner to remove the license plates when vehicle is sold or disposed, unless an owner has included the transfer of a license plate as part of a sale, trade, or ownership release of a vehicle.**

4703

**State of Nevada**
**Department of Motor Vehicles**
**Dealer Reassignment of Title for a Motor Vehicle**

| Vehicle Identification Number | Year/Model | Make of Vehicle | Body Style | Certificate of Title Number |
|---|---|---|---|---|
| KNAE55LCXK6049097 | 2019 | Kia | | |

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

---

**REASSIGNMENT DEALER ONLY / Dealer's License Number:**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following buyer(s):

Printed Full Legal Name of Buyer(s)  Carriage Traders   ☐ AND ☐ OR

Printed Full Legal Name of Buyer(s)   Nevada Driver License or Identification #

Address ___   City ___   State ___   Zip Code ___

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING   4 7 9 8 8   NO TENTHS
☐ The mileage stated is in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage.
WARNING – ODOMETER DISCREPANCY
☐ Exempt – Model year over 20 years old.
Date of Sale 5.2022

PREMIER NEVADA CREDIT

Signature of Seller(s) / Agent / Dealership   Printed Name of Seller(s) / Agent / Dealership  M. Hernandez

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer(s)  Rebecca Leppner   Seller's Address ___ City ___ State ___ Zip Code ___
Printed Full Legal Name of Buyer(s)  Rebecca Leppner

---

**REASSIGNMENT DEALER ONLY / Dealer's License Number:**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following buyer(s):

Printed Full Legal Name of Buyer(s)  H. Greg.com   ☐ AND ☐ OR

Printed Full Legal Name of Buyer(s)   Nevada Driver License or Identification #

Address 8505 NW 12th St   City Doral   State FL   Zip Code 33126

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING   4 7 0 9 3   NO TENTHS
☐ The mileage stated is in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage.
WARNING – ODOMETER DISCREPANCY
☐ Exempt – Model year over 20 years old.
Date of Sale 7.5.22

SOLD THRU MANHEIM RIVERSIDE 16402

Signature of Seller(s) / Agent / Dealership   Printed Name of Seller(s) / Agent / Dealership  KZARAGOZA CARRIAGE TRADERS

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer(s)  Mauren Casanas   Seller's Address 170 Saratoga Ave Menifalls NY 12803   City ___ State ___ Zip Code ___
Printed Full Legal Name of Buyer(s)  H. Greg.com

---

**REASSIGNMENT DEALER ONLY / Dealer's License Number:**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following buyer(s):

Printed Full Legal Name of Buyer(s)   ☐ AND ☐ OR

Printed Full Legal Name of Buyer(s)   Nevada Driver License or Identification #

Address ___   City ___   State ___   Zip Code ___

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING   NO TENTHS
☐ The mileage stated is in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage.
WARNING – ODOMETER DISCREPANCY
☐ Exempt – Model year over 20 years old.
Date of Sale

Signature of Seller(s) / Agent / Dealership   Printed Name of Seller(s) / Agent / Dealership

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer(s)   Seller's Address ___ City ___ State ___ Zip Code ___
Printed Full Legal Name of Buyer(s)

---

**LIEN**

**LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE.**

Printed Name of Lienholder (If no "Lienholder" write "none".)

NV ELT Number

Address ___   Street ___   City ___   State ___   Zip Code ___

**NOTE: This reassignment is not valid unless attached to original certificate of title.**
**Unauthorized printing or reproduction of this document is prohibited.**
**This document is void if altered in any way.**

2794689E

VP190 (Rev. 2020)

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

Customer # 121344
Deal # 94320
Stock # 342925

**CHECK APPLICATION TYPE:** ☒ ORIGINAL   ☐ TRANSFER **VEHICLE TYPE:** ☒ MOTOR VEHICLE   ☐ MOBILE HOME   ☐ VESSEL   **OFF-HIGHWAY VEHICLE:** ☐ ATV   ☐ ROV   ☐ MC

### 1   OWNER / APPLICANT INFORMATION

| Customer Number | Check this box if you are requesting the certificate of title to be printed. ☐ | | Owner | Co-Owner | Unit Number | Fleet Number |
|---|---|---|---|---|---|---|
| 235632698 | | Are you a Florida resident? | ☒ yes ☐ no | ☐ yes ☒ no | | |
| | | Are you an alien? | ☐ yes ☒ no | ☐ yes ☒ no | | |

☐ OR   ☐ AND   **NOTE:** When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."

If applicable: ☐ Life Estate/Remainder Person   ☐ Tenancy By the Entirety   ☐ With Rights of Survivorship   ☒ Owner's County of Residence: **BROWARD**

| Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| JAMES LOUIS MC INTOSH | | | M | |

| Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner's/Lessee's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|

| Owner's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip |
|---|---|---|---|
| 9933 NW 65TH CT | TAMARAC | FL | 33321 |

| Co-Owner's/Lessee's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip |
|---|---|---|---|

| Owner's/Lessee's Physical Street Address in Florida (Mandatory unless a member of the Military) | City | State | Zip |
|---|---|---|---|
| 9933 NW 65TH CT | TAMARAC | FL | 33321 |

| Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. | City | State | Zip |
|---|---|---|---|

| Mail To Customer Name (If different From Above Owner) | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|

| Mail To Customer Address (If different From Above Mailing Address) | City | State | Zip |
|---|---|---|---|

### 2   MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| KNAE55LCXK6049097 | KIA | 2019 | 4D | BLK | |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length | BHP/CC | GVW/LOC | VAN USE, IF APPLICABLE |
|---|---|---|---|---|---|---|
| | 63AMZS | 4023 | Ft.   In. | | | ☐ PASSENGER   ☐ OTHER |

| TYPE | HULL MATERIAL | PROPULSION | FUEL | *DRAFT OF VESSEL |
|---|---|---|---|---|
| ☐ Open Motorboat ☐ Housebdat ☐ Personal Watercraft | ☐ Wood ☐ Aluminum | ☐ Outboard ☐ Sail | ☐ Gas | (The depth of water a vessel draws) |
| ☐ Cabin Motorboat ☐ Pontoon ☐ Canoe | ☐ Fiberglass ☐ Steel | ☐ Inboard ☐ Air Propelled | ☐ Diesel | |
| ☐ Auxiliary Sailboat ☐ Airboat ☐ Other ___ Specify | ☐ Wood/Fiberglass | ☐ Inboard/Outboard | ☐ Electric | FT ___ IN ___ |
| ☐ Inflatable ☐ Sailboat | ☐ Other ___ Specify | ☐ Other ___ Specify | ☐ Other ___ Specify | *For all vessels 26' or more in length and all sailboats |

| USE OF VESSEL | | | | PREVIOUS OUT-OF-STATE REGISTRATION NUMBER: |
|---|---|---|---|---|
| ☐ Recreational (Pleasure) ☐ Commercial Blue Crab | ☐ Commercial Stone Crab | ☐ Government | ☐ Commercial Sponge | |
| ☐ Dealer/Manuf. ☐ Commercial Fish | ☐ Commercial Live Bait | ☐ Commercial Shrimp Recip. | ☐ Commercial Charter ☐ Commercial Other | |
| ☐ Exempt ☐ Hire (Livery) | ☐ Commercial Mackerel | ☐ Commercial Shrimp Non-Recip. | ☐ Commercial Oyster ☐ Commercial Spiney Lobster | |

Previously Federally Documented Vessel, Attach Copy of:   ☐ Copy of Cancelled Documentation Papers   State of Principal Use
☐ U.S. Coast Guard Release From Documentation Form; or

### 3   BRANDS, USAGE AND TYPE (Check Applicable Boxes)

| ☐ SHORT TERM LEASE | ☐ LONG TERM LEASE | ☐ REBUILT | ☐ POLICE VEHICLE | ☒ PRIVATE USE | ☐ TAXI CAB | ☐ FLOOD | ☐ ILEV | ☐ CUSTOM |
|---|---|---|---|---|---|---|---|---|
| ☐ ASSEMBLED FROM PARTS | ☐ BONDED TITLE | ☐ KIT CAR | ☐ GLIDER KIT | ☐ MANUF. BUY BACK | ☐ REPLICA | ☐ AUTONOMOUS | ☐ ELECTRIC | ☐ STREET ROD |

### 4   LIENHOLDER INFORMATION

| CHECK IF ELT CUSTOMER | ☐ FEID # ☐ DL # and Sex and Date of Birth ☒ DMV Account # | Date of Lien | Lienholder's Name |
|---|---|---|---|
| | 200000828 | 09/28/2022 | JPMORGAN CHASE BANK,NA |

| Lienholder's Email Address | Lienholder's Address | City | State | Zip |
|---|---|---|---|---|
| | PO BOX 901033 | FORT WORTH | TX | 76101 |

☐ If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: ___ (Signature of Lienholder's Representative)
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder.

### 5   TRANSFER TYPE

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☒ SALE   ☐ GIFT   ☐ REPOSSESSION   ☐ COURT ORDER   ☐ OTHER (SPECIFY) ___   **DATE ACQUIRED** 09 / 28 / 2022

### 6   ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS **4 7 9 9 3** .XX (NO TENTHS) MILES, DATE READ 09 / 28 / 2022 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   ☒ 3. IS NOT THE ACTUAL MILEAGE.

### 7   DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER AGENT SIGNATURE |
|---|---|---|---|---|
| 2380154897186 | 09/28/2022 | VI10243701 | 2461.12 | |

| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN |
|---|---|---|---|

HSMV 82040 – REV. 11/15   RULE 15C-1.001, FAC   www.flhsmv.gov

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |
|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (**OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955**) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. **IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY.** COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS. (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: 

KNAE55LCXK6049097
(Vehicle Identification Number)

| 09/28/2022 | | Emily Seranza | |
|---|---|---|---|
| DATE | SIGNATURE | | PRINTED NAME |

Law Enforcement Officer or Florida Dealer/Agency Name _HGREG.COM_   Badge # or Florida Dealer # _VI10243701_   Notary Stamp or Seal

FL DMV/Tax Collector Employee _____   Florida Compliance Examiner/Inspector Badge or ID Number _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____   NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | SALES TAX EXEMPTION CERTIFICATION |
|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE   CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER _____

☐ MOTOR VEHICLE   ☐ MOBILE HOME   ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL   SALES TAX REGISTRATION NUMBER _____

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE   ☐ TRANSFER BETWEEN A MARRIED COUPLE   ☐ EVEN TRADE or TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN) _____

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |
|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| | 09/28/2022 | | 09/28/2022 |
|---|---|---|---|
| SIGNATURE OF APPLICANT (OWNER) | Date | SIGNATURE OF APPLICANT (CO-OWNER) | Date |

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |
|---|---|

The undersigned person(s) state(s) as follows: That _____ died on _____ .
(Name of Deceased)   (Date)

☐ testate (with a will)   ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)   Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

_____
Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

**HSMV 82040 – REV. 11/15**   RULE 15C-21.001, FAC

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: ☒ Title No.: _CC18-31 8026_   State of Issue: _CT_

☐ Manufacturer's Statement or Certificate of Origin

Is the title electronic?   ☐ Yes   ☐ No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| KNAE55LCXK6049097 | 2019 | KIA | STINGER | 4D |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| HGREG.COM | | VI10243701 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 8505 NW 12 ST | MIAMI | FL | 33126 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | 2429.62 | 2380154897186 |

| Purchaser and Co-Purchaser's Printed Name(s) | Date of Sale |
|---|---|
| JAMES LOUIS MC INTOSH | 09/28/2022 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 9933 NW 65TH CT | TAMARAC | FL | 33321 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING:  FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS, |4|7|,|9|9|3| XX (NO TENTHS) MILES,

DATE READ _09_/_28_/_2022_ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☐ 1.  REFLECTS ACTUAL MILEAGE
☐ 2.  IS IN EXCESS OF ITS MECHANICAL LIMITS
☒ 3.  IS NOT THE ACTUAL MILEAGE.  WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s) Agent Signature |
|---|---|
| HGREG.COM | |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name   First, Full Middle or Maiden, Last |
|---|---|
| JAMES LOUIS MC INTOSH | |

NOTICE:  ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL:  SUBMIT WITH APPLICATION FOR TITLE          COPY:  SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S