AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JAMES L. McINTOSH | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 0:24-cv-60374-DMM |
| H GREG COLLISION & SERVICE, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  H GREG COLLISION & SERVICE, INC.
c/o Jared L. Gamberg, Esq.
4651 Sheridan Street, Suite 200
Hollywood, Florida 33021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert W. Murphy, Esq.
Law Office of Robert W. Murphy
440 Premier Circle, Suite 240
Charlottesville, VA 22901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 03/05/2024

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court